UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                       PLAINTIFF

VS.                               CRIMINAL ACTION NUMBER: 3:11CR-143-JGH

DONTE PULLUM - 01                                                     DEFENDANT

**ACCEPTANCE OF PLEA OF GUILTY,
ADJUDICATION OF GUILT, AND
NOTICE OF SENTENCING**

Pursuant to the Report and Recommendation of Magistrate Judge Dave Whalin, the pleas of guilty by the Defendant to Counts 1 and 2 of the Indictment are hereby accepted, and the Defendant is adjudged guilty of such offenses.

Sentencing is hereby scheduled for **FEBRUARY 8, 2013 at 1:00 p.m.** United States Courthouse, Louisville, Kentucky.

      **IT IS SO ORDERED THIS _____ DAY OF _____, 2012.**
                                                 ENTERED BY ORDER OF COURT
                                                 JOHN G. HEYBURN II, JUDGE
                                                 UNITED STATES DISTRICT COURT
                                                 VANESSA L. ARMSTRONG, CLERK

                                                 BY: /s/ *Andrea Kash*
                                                      Deputy Clerk

Copies to:                            **Date: December 11, 2012**
United States Attorney
United States Marshal
Chief U.S. Probation Officer
Counsel for Defendant